# United States District Court
# For The Western District of North Carolina
# Charlotte Division

John Walker,

    Plaintiff(s),

vs.

Jo Anne Barnhart,
Commissioner of Social Security
    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06-cv-14

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/25/06 Order.

Signed: July 26, 2006

Frank G. Johns, Clerk
United States District Court